IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LONNIE KADE WELSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORRECT CARE RECOVERY | ) |
| SOLUTIONS, *et al.*, | ) |
| | ) |
| Defendants. | )  Civil Action No. 5:18-CV-020-C-BQ |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that all claims asserted against Defendants Kevin Tedder and Chris Woods should be dismissed without prejudice in accordance with Federal Rule of Civil Procedure 4(m).[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that all claims asserted against Defendants Tedder and Woods be **DISMISSED** without prejudice.

SO ORDERED.

Dated March 2, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff does not contest the dismissal of all claims asserted against Defendants Tedder and Woods. *See* Doc. 149.