IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LONNIE KADE WELSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORRECT CARE RECOVERY | ) |
| SOLUTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:18-CV-020-C-BQ |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendant Bill Vanier's Rule 12(b)(6) Motion to Dismiss Counts 10 and 11 of Plaintiff's Amended Complaint should be granted.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** Defendant Bill Vanier's Rule 12(b)(6) Motion to Dismiss be **GRANTED** and Counts 10 and 11 of Plaintiff's Amended Complaint be **DISMISSED** against Defendant Vanier.

SO ORDERED.

Dated March 2, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has expressly agreed to the dismissal of Counts 10 and 11 as to Defendant Vanier. *See* Doc. 149.