IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LONNIE KADE WELSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORRECT CARE RECOVERY | ) |
| SOLUTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:18-CV-020-C-BQ |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendant Lesley Dinwiddie's Rule 12(b)(6) Motion to Dismiss Counts 1 and 11 of Plaintiff's Amended Complaint should be granted.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** Defendant Lesley Dinwiddie's Rule 12(b)(6) Motion to Dismiss be **GRANTED** and Counts 1 and 11 of Plaintiff's Amended Complaint be **DISMISSED** against Defendant Dinwiddie.

SO ORDERED.

Dated March 2, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has expressly agreed to the dismissal of Counts 1 and 11 as to Defendant Dinwiddie. *See* Doc. 149.